**Order entered July 1, 2015**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01557-CR

**FORREST ADKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-52438-Y**

## ORDER

The Court **REINSTATES** the appeal.

On May 21, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On June 30, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the May 21, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/   ADA BROWN
     JUSTICE